John Carey, an Infant, by Mary Carey, His Guardian ad Litem, Respondent, v. American Ice Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Gardiner Stewart, Respondent, v. Arthur L. Garford, Appellant.— Judgment and order affirmed, with costs. No opinion.

Michael McGovern, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Respondents.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Accounts of Georgiana M. Amidon, Formerly Georgiana M. Ward, as Executrix, etc., of Henry G. Ward Deceased, Appellant. Newbury D. Lawton, as Executor, etc., of Cyrus Lawton, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Ingraham and Laughlin, JJ., dissenting on the ground that under the answer of the executor the surrogate had no jurisdiction to determine the question presented. (*Fiester* v. *Shepard,* 92 N. Y. 251; *Matter of Wagner,* 119 id. 28.)

Goodyear Raincoat Company, Respondent, v. Albert Kriger and Meyer Kriger, Appellants.— Order modified by striking therefrom provision No. 4, and as modified affirmed, without costs. No opinion. Settle order on notice.

Kathryn O'Reilly, Appellant, Respondent, v. Patrick Gallagher, Respondent, Appellant, Impleaded with Others (2 cases).— Order affirmed, without costs. No opinion. Motion to dismiss appeal granted unless appellant pay ten dollars costs and have appeal ready on or before first Tuesday of February, 1910.

Edward J. Bermingham, Respondent, v. G. H. Gerard Son & Company, Appellant, Impleaded with Union Railway Company of New York City.— Judgment and order reversed, new trial ordered, costs to appellant to abide event on the ground that the verdict is against the weight of evidence. (Ingraham and Laughlin, JJ., dissenting.)

The People of the State of New York, Respondent, v. Giuseppe Persce, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. James Thom, Appellant. — Judgment affirmed. No opinion.

Nellie M. McCaffrey and Thomas A. Clark, as Administrators, etc., of Frank A. McCaffrey, Deceased, Respondents, v. Baltimore and Ohio Railroad Company and Baltimore and Ohio Southwestern Railroad Company, Appellants.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting on the ground that the verdict that the deceased was free from contributory negligence is against the weight of evidence.)

James J. Kinkaid, Respondent, v. Chapter General of America, Knights of St. John and Malta, Appellant. (Nos. 1 and 2.)— Determinations affirmed, with costs, with leave to defendant to appeal to the Court of Appeals, if it so desires. No opinion.